UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| CHRISTOPHER MCGRAW | CASE NO. 2:18-CV-01456 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| THE HONORABLE MARK T. ESPER, SECRETARY OF THE ARMY | MAGISTRATE JUDGE KAY |

## MEMORANDUM RULING

Before the Court is a Motion to Dismiss[1] filed by Defendant, Mark T. Esper, Secretary of the Army. Pursuant to the motion Defendant seeks dismissal of this suit, arguing the Court is without subject matter jurisdiction over Plaintiff Christopher McGraw's breach of contract claim. Plaintiff has filed a responsive memorandum, stating he "concedes the motion . . . has merit."[2] Following a review of the motion and authorities cited therein, and finding the motion to be well-founded in law, Defendant's Motion to Dismiss [ECF No. 14] is GRANTED, and Plaintiff's suit is DISMISSED WITHOUT PREJUDICE.

THUS DONE in Chambers on this 14th day of May, 2019.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 14
[2] ECF No. 20